1  D. GREG DURBIN (State Bar No. 81749)
   greg.durbin@mccormickbarstow.com
2  DANIEL S. CHO (State Bar No. 260902)
   daniel.cho@mccormickbarstow.com
3  McCORMICK BARSTOW L.L.P.
4  5 River Park Place East
   Fresno, California  93720
5  Telephone:    559.433.1300
   Facsimile:    559.433.2300
6
7  TIMOTHY S. DURST (*admitted pro hac vice*)
   tim.durst@bakerbotts.com
8  RYAN L. BANGERT (*admitted pro hac vice*)
   ryan.bangert@bakerbotts.com
9  NICOLE M. GORDON (*admitted pro hac vice*)
   nicole.gordon@bakerbotts.com
10 2001 Ross Avenue, Suite 600
11 Dallas, Texas  75201
   Telephone:    214.953.6500
12 Facsimile:    214.953.6501

13 Counsel for Defendants IVANHOE ENERGY INC., IVANHOE ENERGY
14 INTERNATIONAL VENTURES INC., IVANHOE ENERGY (LATIN AMERICA) INC.,
   IVANHOE ENERGY LATIN AMERICA INC., and IVANHOE ENERGY ECUADOR INC.
15 *Additional Parties Listed on the Signature Page*

16                       UNITED STATES DISTRICT COURT

17                       EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  GAR ENERGY AND ASSOCIATES, INC., GONZALO A. RUIZ, as a successor in interest to and assignee of GAR Energy and Associates, Inc., and JANIS S. RUIZ, as successor in interest to and assignee of GAR Energy and Associates, Inc. | Case No. 1:11-CV-00907-OWW-SMS |
| 19 | **STIPULATED REQUEST AND ORDER TO RESET MOTIONS HEARING** |
| 20 | |
| 21        Plaintiffs, | Hearing |
| 22        v. | Date:       N/A |
| | Time:       N/A |
| | Courtroom: N/A |
| 23  IVANHOE ENERGY INC., IVANHOE ENERGY INTERNATIONAL VENTURES INC., IVANHOE ENERGY (LATIN AMERICA) INC., IVANHOE ENERGY LATIN AMERICA INC., and IVANHOE ENERGY ECUADOR INC., and DOES 1 through 10, inclusive, | |
| 27        Defendants. | |

-1-

STIPULATED REQUEST AND ORDER TO RESET MOTIONS HEARING
1:11-CV-00907-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Local Rules 143-144 and 230(f), Plaintiffs GAR Energy and Associates, Inc., Gonzalo A. Ruiz, and Janis S. Ruiz ("Plaintiffs") and Defendants Ivanhoe Energy Inc., Ivanhoe Energy International Ventures, Inc., Ivanhoe Energy (Latin America) Inc., Ivanhoe Energy Latin America Inc., and Ivanhoe Energy Ecuador Inc. ("Defendants") submit this stipulation and request an order resetting the motions hearing currently scheduled for August 29, 2011, to a new date of September 19, 2011.

Plaintiffs' Motion to Remand and a Motion to Dismiss filed by some of the Defendants were originally set for hearing on August 15, 2011. *See* ECF Nos. 33-34. On August 1, 2011, the Court reset those hearings for August 29, 2011 due to the press of Court business. ECF No. 41. Lead counsel for Defendants is scheduled to be out of the country on August 29, 2011 due to a prior commitment. In light of this conflict, counsel for Plaintiffs and counsel for Defendants have conferred and agreed to request that the hearings be rescheduled for September 19, 2011 at 10:00 a.m., if that date and time is suitable to the Court. This continuance is not sought for the purposes of delay and no party has previously requested a continuance in this case.

The Parties respectfully request that the Court reschedule the hearings on Plaintiffs' Motion to Remand (ECF No. 33) and the Motion to Dismiss filed by some of the Defendants (ECF No. 34) for September 19, 2011 at 10:00 a.m.

## ORDER

Now before the Court is the parties' Stipulated Request to Reset Motions Hearing. Having considered the stipulation, the Court APPROVES the stipulation and ORDERS that the motions hearing currently set for August 29, 2011 on the Plaintiffs' Motion to Remand (ECF No. 33) and the Motion to Dismiss filed by some of the Defendants (ECF No. 34) is moved to September 19, 2011 at 10:00 a.m. in Courtroom 3 before Judge Oliver W. Wanger.

**IT IS SO ORDERED.**

Dated: _August 2, 2011_____     _/s/ OLIVER W. WANGER_____
                                 OLIVER W. WANGER
                                 UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com