**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GAR ENERGY AND ASSOCIATES, INC.; GONZALO A. RUIZ, AS A SUCCESSOR IN INTEREST TO AND ASSIGNEE OF GAR ENERGY AND ASSOCIATES, INC.; and JANIS S. RUIZ, AS A SUCCESSOR IN INTEREST TO AND ASSIGNEE OF GAR ENERGY AND ASSOCIATES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IVANHOE ENERGY INC.; IVANHOE ENERGY INTERNATIONAL VENTURES INC.; IVANHOE ENERGY (LATIN AMERICA) INC.; IVANHOE ENERGY LATIN AMERICA INC.; IVANHOE ENERGY ECUADOR INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:11-CV-00907-OWW-SMS<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |

Before the Court is the Unopposed Motion for Leave filed by Plaintiffs GAR Energy and Associates, Inc., Gonzalo A. Ruiz, as a Successor in Interest to and Assignee of GAR Energy and Associates, Inc., and Janis S. Ruiz, as a Successor in Interest to and Assignee of GAR Energy and Associates, Inc. to exceed the page limit on their Response to Defendants' Motion to Dismiss. The Court finds that the same should be GRANTED. Accordingly, Plaintiffs may file a response to Defendants' Motion to Dismiss containing up to 35 pages.

It is so ORDERED.

IT IS SO ORDERED.

Dated:  **August 4, 2011**          /s/ **Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE