D. GREG DURBIN (State Bar No. 81749)
greg.durbin@mccormickbarstow.com
DANIEL S. CHO (State Bar No. 260902)
daniel.cho@mccormickbarstow.com
McCORMICK BARSTOW L.L.P.
5 River Park Place East
Fresno, California  93720
Telephone:     559.433.1300
Facsimile:      559.433.2300

TIMOTHY S. DURST (*admitted pro hac vice*)
tim.durst@bakerbotts.com
RYAN L. BANGERT (*admitted pro hac vice*)
ryan.bangert@bakerbotts.com
NICOLE M. GORDON (*admitted pro hac vice*)
nicole.gordon@bakerbotts.com
2001 Ross Avenue, Suite 600
Dallas, Texas  75201
Telephone:     214.953.6500
Facsimile:      214.953.6501

Counsel for Defendants IVANHOE ENERGY INC., IVANHOE ENERGY
INTERNATIONAL VENTURES INC., IVANHOE ENERGY (LATIN AMERICA) INC.,
IVANHOE ENERGY LATIN AMERICA INC., and IVANHOE ENERGY ECUADOR INC.
*Additional Parties Listed on the Signature Page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAR ENERGY AND ASSOCIATES, INC.; GONZALO A. RUIZ, AS A SUCCESSOR IN INTEREST TO AND ASSIGNEE OF GAR ENERGY AND ASSOCIATES, INC.; and JANIS S. RUIZ, AS A SUCCESSOR IN INTEREST TO AND ASSIGNEE OF GAR ENERGY AND ASSOCIATES, INC., | Case No. 1:11-CV-00907-OWW-SMS **STIPULATED REQUEST AND ORDER TO SET EARLY BRIEFING DEADLINES** |
| Plaintiffs, | |
| v. | Hearing Date:          September 19, 2011 Time:          10:00 A.M. Courtroom: 3 |
| IVANHOE ENERGY INC., IVANHOE ENERGY INTERNATIONAL VENTURES INC., IVANHOE ENERGY (LATIN AMERICA) INC., IVANHOE ENERGY LATIN AMERICA INC., and IVANHOE ENERGY ECUADOR INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Local Rules 143-144, Plaintiffs GAR Energy and Associates, Inc., Gonzalo A. Ruiz, as a successor in interest to and assignee of GAR Energy and Associates, Inc., and Janis S. Ruiz, as a successor in interest to and assignee of GAR Energy and Associates, Inc. ("Plaintiffs") and Defendants Ivanhoe Energy Inc., Ivanhoe Energy International Ventures, Inc., Ivanhoe Energy (Latin America) Inc., Ivanhoe Energy Latin America Inc., and Ivanhoe Energy Ecuador Inc. ("Defendants") submit this stipulation and request an order setting early briefing deadlines for responses and replies to Plaintiffs' Motion to Remand (ECF No. 33) and the Motion to Dismiss filed by some of the Defendants (ECF No. 34). The stipulated dates will require the parties to file their response and reply briefs before the deadlines as calculated under the Local Rules, but will not alter the hearing setting. Both motions are set for hearing on September 19, 2011.

Counsel for Plaintiffs and counsel for Defendants have conferred and agreed to request that the briefing deadlines be set as follows:

a.      Defendants' Response to Plaintiffs' Motion to Remand and Plaintiffs' Response to the Motion to Dismiss filed by some of the Defendants are due on August 17, 2011; and

b.      Plaintiffs' Reply to Defendants' Response to Plaintiffs' Motion to Remand and Defendants' Reply to Plaintiffs' Response to the Motion to Dismiss are due on September 8, 2011.

The parties respectfully request that the Court set the response and reply briefing deadlines for August 17, 2011 and September 8, 2011, respectively.

### ORDER

Now before the Court is the parties' Stipulated Request to Set Early Briefing Deadlines. Having considered the stipulation, the Court APPROVES the stipulation and ORDERS that the response briefs to the Plaintiffs' Motion to Remand (ECF No. 33) and the Motion to Dismiss (ECF No. 34) are due on August 17, 2011 and the reply briefs are due on September 8, 2011.

IT IS SO ORDERED.

Dated:   **August 12, 2011**                          **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE