UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| GAR ENERGY AND ASSOCIATES, INC., GONZALO A. RUIZ, as a successor in interest to and assignee of GAR Energy and Associates, Inc., and JANIS S. RUIZ, as successor in interest to and assignee of GAR Energy and Associates, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>IVANHOE ENERGY INC., IVANHOE ENERGY INTERNATIONAL VENTURES INC., IVANHOE ENERGY (LATIN AMERICA) INC., IVANHOE ENERGY LATIN AMERICA INC., and IVANHOE ENERGY ECUADOR INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:11-CV-00907-OWW-SMS<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT ON DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Before the Court is the Unopposed Motion for Leave filed by DEFENDANTS IVANHOE ENERGY INC. ("IE"), IVANHOE ENERGY INTERNATIONAL VENTURES INC. ("IEIV"), IVANHOE ENERGY LATIN AMERICA INC. ("IELA"), AND IVANHOE ENERGY ECUADOR INC. ("IEE") (collectively "Defendants"), to exceed the page limit on their Reply in Support of Defendants' Motion to Dismiss.  The Court finds that the same should be GRANTED. Accordingly, Defendants may file a reply in support of their Motion to Dismiss containing up to 15 pages.

It is so ORDERED.
Dated:  September 7, 2011

                                               /s/ Oliver W. Wanger
                                               United States District Judge