J. NILE KINNEY (California State Bar No. 108433)
jnkinney@lebeauthelen.com
LEBEAU – THELEN, LLP
5001 East Commercenter Drive, Suite 300
Bakersfield, California 93309
Telephone:  (661) 325-8962
Facsimile:  (661) 325-1127

C. DAVID KINDER (*admitted pro hac vice*)
dkinder@coxsmith.com
PHILLIP D. HARDBERGER (*admitted pro hac vice*)
phhardbe@coxsmith.com
HOWARD P. NEWTON (*admitted pro hac vice*)
hnewton@coxsmith.com
ELLEN B. MITCHELL (*admitted pro hac vice*)
emitchell@coxsmith.com
MARK J. BARRERA (*admitted pro hac vice*)
mbarrera@coxsmith.com
MATTHEW G. COLE (*admitted pro hac vice*)
mcole@coxsmith.com
MELANIE L. FRY (*admitted pro hac vice*)
mlfry@coxsmith.com
COX SMITH MATTHEWS INCORPORATED
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone:  (210) 554-5500
Facsimile:  (210) 226-8395

*Attorneys for Plaintiffs GAR Energy and Associates, Inc., Gonzalo A. Ruiz, as a Successor in Interest to and Assignee of GAR Energy and Associates, Inc., and Janis S. Ruiz, as a Successor in Interest to and Assignee of GAR Energy and Associates, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GAR ENERGY AND ASSOCIATES, INC.; GONZALO A. RUIZ, AS A SUCCESSOR IN INTEREST TO AND ASSIGNEE OF GAR ENERGY AND ASSOCIATES, INC.; and JANIS S. RUIZ, AS A SUCCESSOR IN INTEREST TO AND ASSIGNEE OF GAR ENERGY AND ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IVANHOE ENERGY INC.; IVANHOE ENERGY INTERNATIONAL VENTURES INC.; IVANHOE ENERGY (LATIN AMERICA) INC.; IVANHOE ENERGY LATIN AMERICA INC.; IVANHOE ENERGY ECUADOR INC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 1:11-CV-00907-AWI-JLT <br><br><br> **STIPULATED REQUEST TO RESET DECEMBER 8, 2011 HEARING, AND PROPOSED ORDER** <br><br> Hearing Date: <br> Time: <br> Courtroom: <br> Judge:  Hon. Jennifer L. Thurston |

Pursuant to Local Rules 143 and 230(f), Plaintiffs GAR Energy and Associates, Inc., Gonzalo A. Ruiz, as a Successor in Interest to and Assignee of GAR Energy and Associates, Inc., and Janis S. Ruiz, as a Successor in Interest to and Assignee of GAR Energy and Associates, Inc. (collectively, "Plaintiffs") and Defendants Ivanhoe Energy Inc., Ivanhoe Energy International Ventures Inc., Ivanhoe Energy (Latin America) Inc., Ivanhoe Energy Latin America Inc., and Ivanhoe Energy Ecuador Inc. (collectively, "Defendants") jointly file this Stipulated Request to Reset the December 8, 2011 Hearing.

On October 19, 2011, the Court entered an order setting Plaintiffs' Motion to Remand [Docket No. 33] and Defendant Ivanhoe Energy (Latin America) Inc.'s Motion to Compel Arbitration [Docket No. 51] for hearing at 9:00 a.m. on December 8, 2011 before U.S. Magistrate Judge Jennifer L. Thurston in Bakersfield.

The parties have conferred and jointly request that this hearing be reset for December 20, 2011 at 1:30 p.m. to accommodate a scheduling conflict. David Kinder, lead counsel for Plaintiffs, will be in trial in Texas during the week of December 8, 2011.

WHEREFORE, the parties respectfully request that the Court reset the December 8, 2011 hearing to December 20, 2011 at 1:30 p.m.

| | |
|---|---|
| Dated: November 8, 2011 | Respectfully submitted, |
| BAKER BOTTS L.L.P. | LEBEAU-THELEN, LLP |
| By: */s/ Timothy S. Durst* <br> Timothy S. Durst (*admitted pro hac vice*) <br> tim.durst@bakerbotts.com <br> Ryan L. Bangert (*admitted pro hac vice*) <br> ryan.bangert@bakerbotts.com <br> Nicole M. Gordon (*admitted pro hac vice*) <br> nicole.gordon@bakerbotts.com <br> 2001 Ross Avenue, Suite 600 <br> Dallas, Texas  75201 <br> Telephone:    214.953.6500 <br> Facsimile:     214.953.6501 | By:      */s/ J. Nile Kinney* <br>        J. Nile Kinney (State Bar No. 108433) <br>        jnkinney@lebeauthelen.com <br>        LeBeau-Thelen, LLP <br>        5001 East Commercenter Drive, Suite 300 <br>        Bakersfield, California  93309 <br>        Telephone:    661.325.8962 <br>        Facsimile:     661.325.1127 |
| McCORMICK BARSTOW L.L.P. | COX SMITH MATTHEWS INCORPORATED |
| D. Greg Durbin (State Bar No. 81749) <br> greg.durbin@mccormickbarstow.com <br> Daniel S. Cho (State Bar No. 260902) <br> daniel.cho@mccormickbarstow.com <br> 5 River Park Place East <br> Fresno, California  93720 <br> Telephone:    559.433.1330 <br> Facsimile:     559.433.2300 | C. David Kinder (*admitted pro hac vice*) <br> dkinder@coxsmith.com <br> Phillip D. Hardberger (*admitted pro hac vice*) <br> phhardbe@coxsmith.com <br> Howard P. Newton (*admitted pro hac vice*) <br> hnewton@coxsmith.com <br> Ellen B. Mitchell (*admitted pro hac vice*) <br> emitchell@coxsmith.com <br> Mark J. Barrera (*admitted pro hac vice*) <br> mbarrera@coxsmith.com <br> Matthew G. Cole (*admitted pro hac vice*) <br> mcole@coxsmith.com |
| Attorneys for Defendants, IVANHOE ENERGY INC., IVANHOE ENERGY INTERNATIONAL VENTURES INC., IVANHOE ENERGY (LATIN AMERICA) INC., IVANHOE ENERGY LATIN AMERICA INC. and IVANHOE ENERGY ECUADOR INC. | Melanie L. Fry (*admitted pro hac vice*) <br> mlfry@coxsmith.com <br> 112 East Pecan Street, Suite 1800 <br> San Antonio, Texas  78205 <br> Telephone:    210.554.5500 <br> Facsimile:     210.226.8395 |
| | Attorneys for Plaintiffs GAR ENERGY AND ASSOCIATES, INC., GONZALO A. RUIZ, AS A SUCCESSOR IN INTEREST TO AND ASSIGNEE OF GAR ENERGY AND ASSOCIATES, INC., and JANIS S. RUIZ, AS A SUCCESSOR IN INTEREST TO AND ASSIGNEE OF GAR ENERGY AND ASSOCIATES, INC. |

IT IS SO ORDERED.

| | |
|---|---|
| Dated:   **November 8, 2011** | **/s/ Jennifer L. Thurston** <br> UNITED STATES MAGISTRATE JUDGE |