# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAR ENERGY AND ASSOCIATES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> IVANHOE ENERGY INC., et al., <br><br> Defendants. | Case No.: 1:11-CV-00907 AWI JLT <br><br> ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATION GRANTING MOTION TO COMPEL ARBITRATION <br><br> (Doc. 69) |

Defendant Ivanhoe Energy (Latin America), Inc. filed a motion to compel arbitration on August 31, 2011 (Doc. 51), which was referred to the Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(A). (Doc. 63).

On December 27, 2011, the Magistrate Judge issued Findings and Recommendations that the motion be granted. (Doc. 69). The Findings and Recommendations were served on all parties, and contained a notice that any objections were to be filed within fourteen days of serve, or by January 10, 2011. (Id. at 18). This time has passed, and to date no objections have been filed by either party.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and by proper analysis.

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations filed December 27, 2011 (Doc. 69), are **ADOPTED IN FULL**;
2. Within 21 days of the date of service of this Order, each side SHALL select one arbitrator, the two selected arbitrators shall then select the third arbitrator, and this panel will determine the rules by which the arbitration will proceed and the location of the arbitration;
3. The matter is **STAYED** to allow the completion of the arbitration;
4. The parties are **ORDERED** to provide the court with status reports regarding the arbitration every three months and to inform the court within thirty days of any resolution of the arbitration;
5. The Court hereby retains jurisdiction to confirm the arbitration award and enter judgment for the purpose of enforcement.

IT IS SO ORDERED.

Dated:   January 19, 2012

CHIEF UNITED STATES DISTRICT JUDGE