# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAR ENGERGY AND ASSOCIATES, INC., GONZALO A. RUIZ, as a successor in interest to and assignee of GAR Energy and Associates, Inc., and JANIS S. RUIZ, as successor in interest to assignee of GAR Energy and Associates, Inc.<br><br>    Plaintiffs,<br><br>    v.<br><br>IVANHOE ENERGY INC., IVANHOE ENERGY INTERNATIONAL VENTURES INC., IVANHOE ENERGY (LATIN AMERICA) INC., IVANHOE ENERGY LATIN AMERICA INC., and IVANHOE ENERGY ECUADOR INC. and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/ | 1:11-cv-0907-AWI-JLT<br><br><br><br><br>**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

On July 25, 2014, the Ivanhoe Energy Inc. defendants filed a motion for entry of final judgment, requesting that the Court give effect to the arbitration award and amended arbitration award issued by the arbitration panel. The motion is set for hearing on August 25, 2014. On August 11, 2014, Plaintiffs filed an opposition. Defendants filed their reply on August 18, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted,

1

the Court finds this matter suitable for decision without oral argument.  *See* Eastern District Local Rule 230(g).  The hearing date of August 25, 2014 is hereby VACATED and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 19, 2014

SENIOR  DISTRICT  JUDGE