# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAR ENERGY AND ASSOCIATES, INC., GONZALO A. RUIZ, as a successor in interest to and assignee of GAR Energy and Associates, Inc., and JANIS S. RUIZ, as successor in interest to and assignee of GAR Energy and Associates, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>IVANHOE ENERGY INC., IVANHOE ENERGY INTERNATIONAL VENTURES INC., IVANHOE ENERGY (LATIN AMERICA) INC., IVANHOE ENERGY LATIN AMERICA INC., and IVANHOE ENERGY ECUADOR INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:11-CV-00907-AWI-JLT<br><br>**FINAL JUDGMENT** |

The Court having ordered the parties in this case to arbitrate their claims on January 19, 2012, the Court having been notified that on March 14, 2014, the arbitration panel issued its Arbitration Decision in which it rendered a take nothing judgment against the Plaintiffs GAR ENERGY AND ASSOCIATES, INC., GONZALO A. RUIZ, as a successor in interest to and assignee of GAR Energy and Associates, Inc., and JANIS S. RUIZ, as successor in interest to and assignee of GAR Energy and Associates, Inc. ("Plaintiffs") and in favor of Defendants IVANHOE ENERGY INC., IVANHOE ENERGY INTERNATIONAL VENTURES INC., IVANHOE ENERGY (LATIN AMERICA) INC., IVANHOE ENERGY LATIN AMERICA

INC., and IVANHOE ENERGY ECUADOR INC. ("Defendants") on all claims, and the Court having been notified that on July 10, 2014, the arbitration panel awarded Defendants $1,000,000 as reasonable attorneys' fees, and the parties having jointly moved for entry of judgment:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Court enters a take nothing judgment against Plaintiffs on each and every claim brought against Defendants and Plaintiffs' claims are dismissed on the merits and with prejudice.

2. Plaintiffs, jointly and severally, shall pay one million dollars ($1,000,000) to Defendants as reasonable attorneys' fees incurred in defending against Plaintiffs' claims.

3. Defendants are entitled to recover their court costs from Plaintiffs.

4. Defendants are entitled to recover post-judgment interest from Plaintiffs running from the date of this final judgment, at the rate specified in 28 U.S.C. § 1961.

5. Defendants are entitled to recover from Plaintiffs their reasonable attorneys' fees and costs incurred in enforcing this final judgment.

6. This is a final judgment that resolves all claims between the parties.

7. The clerk's office is directed to close this case.

IT IS SO ORDERED.

Dated:   November 7, 2014

SENIOR DISTRICT JUDGE

2